***EFILED***
Case Number 2018L 001590
Date: 11/29/2018 8:21 AM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

## IN THE CIRCUIT COURT
## THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, ILLINOIS

| | |
|---|---|
| JASON BUCKINGHAM, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 18-L- 2018L 001590 |
| INTERNATIONAL MULCH COMPANY, | ) |
| Defendant. | ) |
| Serve at: 315 Tolle Ln.<br>Godfrey, IL 62035 | ) |

## **COMPLAINT**

COMES NOW Plaintiff, Jason Buckingham, by and through his attorney, John H. Leskera, and for his Complaint, against Defendant, International Mulch Company, states to the Court as follows:

1. International Mulch Company is doing business in Madison County within a facility located at 315 Tolle Ln., Godfrey, IL 62035.

2. On or about October 10, 2016, Plaintiff, Jason Buckingham, was employed by Defendant, International Mulch Company, as the Corporate Safety and Quality Manager.

3. At all times, Defendant was in the business of producing rubber landscaping products in Madison County, Illinois.

4. At all times the Defendant prohibited sexual harassment in the workplace and encouraged employees to report sexual harassment to any manager who would then relay the information to Human Resources. Human Resources was then charged with investigating the allegations and determining whether discipline was necessary.

Case No. 18-L-000346



5. Two female employees of the Defendant, Roslyn Collins and Randensha Thorton, reported to the Plaintiff, in his capacity as manager, that Steve Drennan, the Maintenance Supervisor, had engaged in conduct which constituted sexual harassment. This conduct included both physical and verbal behavior.

6. Plaintiff reported these complaints of sexual harassment to Ann Alcazar, Human Resources Director, who was charged with investigating complaints. Alcazar, in an effort to contain and conceal the sexual harassment allegations, refused to conduct a meaningful investigation to determine the truthfulness of the charges made by the two female employees. Furthermore, Defendant refused to implement any discipline against Steve Drennan. Defendant's actions violated Defendant's sexual harassment policy.

7. Emboldened by the Company's concealment of the sexual harassment, Steve Drennan began to retaliate against the Plaintiff with Defendant's consent. Drennan instructed employees not to report safety issues at the plant at the facility and thereby forcing employees to contact OSHA to report unsafe conditions. Under normal business practices, employees would report unsafe conditions to Drennan who would make the repairs making it unnecessary to notify OSHA.

8. The Defendant's scheme to sabotage Plaintiff's job was successful as OSHA received numerous reports of unsafe conditions. The Defendant seized upon the reports by placing the Plaintiff under a Performance Improvement Plan due to "ongoing and continual complaints processed through OSHA." The Performance Improvement Plan was intended by the Defendant to terminate the Plaintiff's employment 30 days after the Plan was implemented on August 13, 2018.

9. Plaintiff's continued efforts to get Human Resources to intervene were unsuccessful. The Plaintiff implored Ann Alcazar to control Steve Drennan's verbal abuse and

threats of physical harm toward the Plaintiff. Again, Alcazar refused to act and instead concealed the retaliation in an effort to terminate the Plaintiff's employment.

10. The Defendant's calculated attempt to sabotage Plaintiff's job and to terminate his employment became more than the Plaintiff could emotionally handle causing Plaintiff to suffer from emotional distress, humiliation, loss of self-worth, and to be cautious about his own physical safety given the physical threats made by Steve Drennan. The Defendant's refusal to intervene in any respect concerning these issues augmented the Plaintiff's emotional distress. After taking all he could, the Plaintiff was ultimately constructively discharged by the Defendant August 15, 2018.

11. As a direct result of Defendant's constructive discharge of the Plaintiff, Plaintiff suffered damages including past wage loss, future wage loss, loss of fringe benefits, emotional distress, humiliation, loss of self-worth, loss of the ability to support his young family, and depression which required medical care and treatment.

WHEREFORE, Plaintiff prays for damages in the amount in excess of $50,000 plus attorney's fees and cost of suit.

**LESKERA LAW FIRM**

_____   #6200078
John H. Leskera
120 East Church Street
Collinsville, IL 62234
T:   618.344.3281
E:   Jay@leskeralaw.net

November 21, 2018

STATE OF ILLINOIS
IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY
155 N Main St., Edwardsville, IL 62025
(618) 692-6240
madisoncountycircuitclerkIL.com

### SUMMONS

JASON BUCKINGHAM,
        Plaintiff,

vs.

CASE No. 2018L

**2018L 001590**

INTERNATIONAL MULCH COMPANY,
        Defendant.

You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this Court, within 30 days after this service of this summons, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

This summons must be returned by the office or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

Witness: MARK VON NIDA, Clerk of said Circuit Court and the seal thereof, at Edwardsville, Illinois, this November ____

MARK VON NIDA    11/29/2018
Clerk of the Circuit Court

By: /s/ Terianne Edwards
Deputy Clerk

(Plaintiff's attorney or plaintiff if he is not represented by an attorney)

JOHN H. LESKERA
LESKERA LAW FIRM
120 E CHURCH ST
COLLINSVILLE, IL 62234

Date of Service:_____, 20____.
(To be inserted by officer on the copy left with the defendant or other person)
**The Madison County Court makes every effort to comply with accessibility laws and provides reasonable accommodations to persons with disabilities. Hearing, visual, and other assistance may be arranged by contacting our Court Disability Coordinator, Teri Picchioldi at 618-296-4884**

Case No. 2018L

State of Illinois}
Madison County} ss.

I, _____, Sheriff of said county, have duly served the within summons on the defendant _____ by leaving a copy thereof with said defendant personally, on the _____ day of _____, 20 \_\_\_\_\_.
I have duly served the said summons on the defendant, _____ on the _____ day of _____, 20 \_\_\_\_, by leaving a copy of said summons on said date at his usually place of abode with _____, a person of the family of said _____ of the age of 13 years or upwards and by informing such persons with whom said summons was left of the contents there of and by also sending a copy of said summons on the _____ day of _____, 20 \_\_\_\_\_, in a sealed envelope, with postage fully prepaid, addressed to said defendant _____, at his usual place of abode, as stated hereinabove in my return.
Dated this _____ day of _____, 20_____.

_____
Sheriff

| Sheriff's Fees | |
|---|---|
| Service | $_____ |
| Making Copies | $_____ |
| Miles travel | $_____ |
| Cost of mailing copies | $_____ |
| Return | $_____ |
| Total | $_____ |

JASON BUCKINGHAM,
    Plaintiff,
vs.
INTERNATIONAL MULCH COMPANY,
    Defendant.

***EFILED***
Case Number 2018L 001590
Date: 11/29/2018 8:21 AM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

## IN THE CIRCUIT COURT
## THIRD JUDICIAL CIRCUIT
## MADISON COUNTY, ILLINOIS

| | |
|---|---|
| JASON BUCKINGHAM, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 18-L- |
| INTERNATIONAL MULCH COMPANY, INC., | ) 2018L 001590 |
| Defendant. | ) |

### ENTRY OF APPEARANCE

COMES NOW John H. Leskera and Leskera Law Firm and enter their appearance on behalf of Plaintiff, Jason Buckingham.

LESKERA LAW FIRM

_____
John H. Leskera                    #6200078
120 East Church Street
Collinsville, IL 62234
T:    618.344.3281
E:    Jay@leskeralaw.net

November 29, 2018

IN THE CIRCUIT COURT
FOR THE THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

CASE NUMBER: 2018 L 001590

JASON BUCKINGHAM

Plaintiff(s)

VS.

INTERNATIONAL MULCH COMPANY

Defendant(s)



NOV 29 2018

CLERK OF CIRCUIT COURT #77
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

ASSIGNMENT ORDER

The above case is hereby assigned to the Honorable DENNIS RUTH for setting and disposition.

Clerk to send copies of this Order to the attorneys of record and any pro se party.

DATE: November 29, 2018

s/David Hylla
Chief Judge

\*\*\*EFILED\*\*\*
Case Number 2018L 001590
Date: 12/10/2018 4:24 PM
Mark Von Nida
Clerk of Circuit Court
Third Judicial Circuit, Madison County Illinois

010229

November 21, 2018

STATE OF ILLINOIS
IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY
155 N Main St., Edwardsville, IL 62025
(618) 692-6240
madisoncountycircuitclerkIL.com

**SUMMONS**

JASON BUCKINGHAM,
    Plaintiff,

vs.                                                    CASE No. 2018L

2018L 001590

INTERNATIONAL MULCH COMPANY,
    Defendant.

You are hereby summoned and required to file an answer in this case, or otherwise file your appearance, in the office of the Clerk of this Court, within 30 days after this service of this summons, exclusive of the day of service. If you fail to do so, a judgment or decree by default may be taken against you for the relief prayed in the complaint.

This summons must be returned by the office or other person to whom it was given for service, with endorsement thereon of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.

This summons may not be served later than 30 days after its date.

Witness: MARK VON NIDA, Clerk of said Circuit Court and the seal thereof, at Edwardsville, Illinois, this November _____

MARK VON NIDA     11/29/2018
Clerk of the Circuit Court

By: /s/ Terianne Edwards
Deputy Clerk

I certify that this document has been served in accordance with Illinois State Statutes governing service of process. Particulars of the specific service are contained in the records of the Sheriff's Headquarters, 405 Randle St., Edwardsville, IL 62025.

JOHN D. LAKIN, Sheriff

By: _____ Date of service: 12-5-18

P. Anne Alcazar

(Plaintiff's attorney or plaintiff if he is not represented by an attorney)

JOHN H. LESKERA
LESKERA LAW FIRM
120 E CHURCH ST
COLLINSVILLE, IL 62234

Date of Service: _____, 20___.
(To be inserted by officer on the copy left with the defendant or other person)
The Madison County Court makes every effort to comply with accessibility laws and provides reasonable accommodations to persons with disabilities. Hearing, visual, and other assistance may be arranged by contacting our Court Disability Coordinator, Teri Picchioldi at 618-296-4884

Page 1 of 2

68
12-2L

Case No. 2018L

State of Illinois}
Madison County} ss.

I, _____, Sheriff of said county, have duly served the within summons on the defendant _____ by leaving a copy thereof with said defendant personally, on the _____ day of _____, 20 _____.
I have duly served the said summons on the defendant, _____ on the _____ day of _____, 20 _____, by leaving a copy of said summons on said date at his usually place of abode with _____, a person of the family of said _____ of the age of 13 years or upwards and by informing such persons with whom said summons was left of the contents there of and by also sending a copy of said summons on the _____ day of _____, 20 _____, in a sealed envelope, with postage fully prepaid, addressed to said defendant _____, at his usual place of abode, as stated hereinabove in my return.
Dated this _____ day of _____, 20 _____.

_____
Sheriff

| Sheriff's Fees | |
|---|---|
| Service | $_____ |
| Making Copies | $_____ |
| Miles travel | $_____ |
| Cost of mailing copies | $_____ |
| Return | $_____ |
| Total | $_____ |

JASON BUCKINGHAM,
    Plaintiff,
vs.
INTERNATIONAL MULCH COMPANY,
    Defendant.