UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JASON BUCKINGHAM,<br><br>Plaintiff,<br><br>v.<br><br>INTERNATIONAL MULCH COMPANY,<br><br>Defendant. | Case No. 19-cv-20-JPG-MAB |

## MEMORANDUM AND ORDER

This matter comes before the Court on plaintiff Jason Buckingham's (1) response to the Court's February 15, 2019, order to show cause (Doc. 13) why the Court should not grant the defendant International Mulch Company's motion to dismiss and (2) motion for leave to file an amended complaint (Doc. 14). In his proposed amended complaint, Buckingham aims to cure the defects asserted by the defendant in the motion to dismiss.

The Court is satisfied with Buckingham's response and therefore **DISCHARGES** the order to show cause (Doc. 13). The Court notes that the defendant does not oppose the proposed amendment and that amendment serves the interests of justice. Accordingly, the Court **GRANTS** the motion for leave to amend (Doc. 14) and **ORDERS** that Buckingham shall have five days from the entry of this order to electronically file his amended complaint. The amended complaint filed as an attachment to the motion for leave to amend has not been filed; in fact, the Court **DIRECTS** the Clerk of Court to **STRIKE** it as an improper attachment to the motion. *See* ECF User's Manual § 2.10. Finally, the Court **DENIES as moot** the defendant's pending motion to dismiss (Doc. 8) in light of the forthcoming amended complaint. *Johnson v. Dossey*, 515 F.3d 778, 780 (7th Cir. 2008); *Massey v. Helman*, 196 F.3d 727, 735 (7th Cir. 1999).

**IT IS SO ORDERED.**
**DATED: March 6, 2019.**

                                                                                                    s/ J. Phil Gilbert
                                                                                                    **J. PHIL GILBERT**
                                                                                                    **DISTRICT JUDGE**