IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JASON BUCKINGHAM,

Plaintiff,

v.                                                          Case No. 19-cv-20 JPG/MAB

INTERNATIONAL MULCH COMPANY
INC, ANNE ALCAZAR and STEVE
DRENNAN,

Defendants.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been

settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice

and without costs.


**Dated: July 31, 2019**              **MARGARET M. ROBERTIE, Clerk of Court**

                                      **s/Tina Gray**
                                        **Deputy Clerk**



**Approved:**    *s/J. Phil Gilbert*
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**